**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Danae Stout,<br><br>       Plaintiff,<br><br>vs.<br><br>Client Services, Inc.,<br><br>       Defendant. | Case No.: 1:15-cv-12109<br>Hon. Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |

**NOTICE OF SETTLEMENT**

The parties have settled and resolved this matter in its entirety and shall submit dismissal documents on or before August 28, 2015. Accordingly, the parties request that all pending orders and future dates be vacated.

                                            Respectfully submitted,

                                            <u>/s/ Charity A. Olson</u>
                                            Charity A. Olson (P68295)
                                            Olson Law Group
                                            Attorney for Defendant
                                            2723 South State Street, Suite 150
                                            Ann Arbor, Michigan 48104
                                            734-222-5179
                                            colson@olsonlawpc.com

Dated: August 3, 2015

## Certificate of Service

  I, Charity A. Olson, hereby state that on August 3, 2015, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which shall provide notice of said filing to all counsel of record.

/s/ Charity A. Olson
Charity A. Olson (P68295)
OLSON LAW GROUP
